CHARLES B. SQUIER *v.* OLIVE B. SQUIER

May Term, 1926.

Present: POWERS, SLACK, BUTLER, and FISH, JJ., and MOULTON, Supr. J.

Opinion filed October 6, 1926.

*Divorce—Collusive Agreement.*

1. In divorce proceeding finding of court that parties thereto, believ-
   ing that libelee had meritorious defense, prior to trial entered
   into an agreement whereby libelee, in consideration of libel-
   ant's provision to make financial provision for her, was to
   make no defense, *held* supported by testimony of libelant.
2. Such an agreement is collusive, and justifies dismissal of petition
   for divorce.

PETITION FOR DIVORCE on grounds of intolerable severity.
The proceeding was uncontested. Trial by court at the Decem-
ber Term, 1925, Bennington County, *Chase,* J., presiding. After
hearing court dismissed petition. The libelant excepted. The
opinion states the case. *Affirmed.*

*Jones & Jones* and *Frank Hendrick* (of New York City) for
the libelant.

*Lawrence, Stafford & Bloomer* for the libelee.

FISH, J. [1] An absolute divorce was prayed for and the
petition was uncontested. The court found that prior to the
trial, the parties, believing that the libelee had a meritorious de-
fense, entered into an agreement whereby the libelee, in consid-
eration of libelant's promise to make financial provision for her,
was to make no defense. This finding, if supported by evidence,
is conclusive in support of the decree dismissing the petition. So
the one exception we find it necessary to consider is the one to
this finding. The transcript which is before us shows that the
finding is amply supported by the testimony of the libelant him-
self, who admitted that such a contract was made; and that part

of the finding that refers to a belief in the libelee's defense is fairly inferable from the circumstances.

[2]   That such an agreement as was entered into was collusive is sustained by the following authorities:   *Sheehan* v. *Sheehan,* 77 N. J. Eq. 411, 77 Atl. 1063; *Lanktree* v. *Lanktree,* 42 Cal. App. 648, 183 Pac. 954; *Dinsmore* v. *Dinsmore,* 128 Va. 403, 104 S. E. 785; *Adams* v. *Adams,* 25 Minn. 72, 9 R. C. L. 168; *Edleston* v. *Edleston,* 179 Ky. 300, 200 S. W. 625, 2 A. L. R. 689. Note 5 to this case, found on page 706 of 2 A. L. R., states the law on this question and discusses the whole subject in connection with the cases.

*Decree affirmed.*